■ RICHARD GRYL et al., Respondents, v QAZIM PULATANI, Appellant. [660 NYS2d 1000] —In an action to recover damages for breach of contract, the defendant appeals from an order of the Supreme Court, Nassau County (Roberto, J.), entered August 7, 1996, which, after a hearing, *inter alia*, denied his motion to vacate a judgment entered upon his default in answering the complaint.

Ordered that the order is affirmed, with costs.

The testimony elicited from the process server established by a preponderance of evidence that jurisdiction over the defendant had been obtained (*see, Frankel v Schilling*, 149 AD2d 657). Ritter, J. P., Sullivan, Altman and McGinity, JJ., concur.